1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6915
      Facsimile: (415) 436-7169
7
   Attorneys for Defendants                                    **E-filed 4/3/06**
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12
   ZHANXIANG ZHANG,                        )
13                                         )   No. C 06-1524 JF RS
              Plaintiff,                   )
14                                         )
        v.                                 )
15                                         )
   ALBERTO GONZALES, Attorney General of   )   **STIPULATION TO DISMISS AND**
16 the United States; MICHAEL CHERTOFF,    )   **[PROPOSED] ORDER**
   Secretary of the Department of Homeland )
17 Security; EMILIO GONZALEZ, Director, U.S.)
   Citizenship and Immigration Services; ROBERT )
18 MUELLER, Director of the Federal Bureau of )
   Investigations; CHRISTINE POULOS, Acting )
19 Director of the California Service Center, )
                                           )
20            Defendants.                  )
                                           )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

26 adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28
   Stip. to Dismiss
   C06-1524 JF

1 | Date: March 27, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: March 27, 2006

_____/s/_____
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/3/06

_____
JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C06-1524 JF